**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**VILA,**

**Plaintiff,**

**-against-**

**THE JUICE PRESS LLC**

**Defendant.**

---

**1:25-cv-8207(ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated: August 19, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**